No. 22-4369

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA,

                                          Appellee,

v.

KENNETH W. RAVENELL,

                                          Appellant.

*Appeal from the United States District Court for the*
*District of Maryland, Northern Division*
*Honorable Liam O'Grady, District Judge for the Eastern District of Virginia,*
*Sitting by designation in the District of Maryland*

## CORRECTED RESPONSE TO MOTION
## FOR LEAVE TO FILE AMICUS BRIEF

                                          **Phil Selden**
                                          **Attorney for the United States**
                                          **Acting Under Authority Conferred by**
                                          **28 U.S.C. § 515**

                                          **Brandon K. Moore**
                                          **Appellate Chief**

                                          **36 South Charles Street, 4th Floor**
                                          **Baltimore, MD 21201**
                                          **(410) 209-4800**

**May 24, 2023**                               *Attorneys for Appellee*

## DISCUSSION

The United States files this corrected response consenting to the motion by National Association of Criminal Defense Lawyers ("NACDL") for leave to file an amicus curiae brief in support of Appellant Kenneth Ravenell's Petition for Rehearing En Banc.

In support of this response, the Government states as follows:

1. On May 16, 2023, NACDL moved for leave to file an amicus curiae brief in support of Ravenell. ECF No. 67.

2. The Court ordered the Government to respond to the motion. ECF No. 68.

3. On May 22, 2023, the Government filed a response to the motion. ECF No. 70.

4. The Government now withdraws that filing.

5. The Government consents to the motion.

## CONCLUSION

Based on the foregoing, the Government consents to NACDL's motion for leave to file an amicus curiae brief in support of Ravenell's petition.

Respectfully submitted,

Phil Selden
Attorney for the United States
Acting Under Authority Conferred by 28 U.S.C. § 515

By: _____/s/_____
Brandon K. Moore
Appellate Chief

## **CERTIFICATE OF COMPLIANCE**

This petition has been prepared using 14-point Times New Roman font. Exclusive of the caption, signature block and certificate of compliance this petition contains no more than 138 words.

```
              /s/
       _____
       Brandon K. Moore
       Appellate Chief
```

## **CERTIFICATE OF SERVICE**

      I certify that, on May 24, 2023, I filed a copy of this response via CM/ECF, which serves it on all counsel of record.

                                           /s/
                                Brandon K. Moore
                                Appellate Chief