FILED: July 6, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-4369
(1:19-cr-00449-LO-1)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

KENNETH WENDELL RAVENELL

        Defendant - Appellant

-------------------------------

NATIONAL ASSOCIATION OF CRIMINAL DEFENSE LAWYERS

        Amicus Supporting Rehearing Petition

_____

O R D E R

_____

Upon consideration of appellant's motion for bail pending appeal, the court grants bail and stays appellant's sentence pending issuance of the mandate in this case.

Entered at the direction of Judge Wilkinson, with the concurrence of Chief Judge Gregory and Judge Heytens.

                For the Court

                <u>/s/ Patricia S. Connor, Clerk</u>