FILED: July 20, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-4369
(1:19-cr-00449-LO-1)

_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

KENNETH WENDELL RAVENELL

       Defendant - Appellant

------------------------------

NATIONAL ASSOCIATION OF CRIMINAL DEFENSE LAWYERS

       Amicus Supporting Rehearing Petition

_____

TEMPORARY STAY OF MANDATE
_____

Under Fed. R. App. P. 41(b), the filing of a timely motion to stay the mandate stays the mandate until the court has ruled on the motion. In accordance with Rule 41(b), the mandate is stayed pending further order of this court.

*/s/Patricia S. Connor, Clerk*