UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-4369
(1:19-cr-00449-LO-1)
_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

KENNETH WENDELL RAVENELL

    Defendant - Appellant

------------------------------

NATIONAL ASSOCIATION OF CRIMINAL DEFENSE LAWYERS

    Amicus Supporting Rehearing Petition

_____

M A N D A T E
_____

The judgment of this court, entered April 25, 2023, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*